IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL CHEROMIAH, Individually,
and DIANE M. CHEROMIAH,
Individually, and as personal
representative of the estate of MICHAEL
CHEROMIAH, Deceased,

    Plaintiffs,

vs.                                         No. CIV 97-1418 MV/RLP

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on the United States of America's Cross Motion for Partial Summary Judgment, filed June 10, 1999 [Doc. 119]. The Government's motion will be denied for the reasons set out in the Court's Memorandum Opinion and Order, filed July 1, 1999 [Doc. 144].

**IT IS THEREFORE ORDERED** that the United States of America's Cross Motion for Partial Summary Judgment, filed June 10, 1999 [Doc. 119] is hereby **DENIED**.

                                              MARTHA VÁZQUEZ
                                              UNITED STATES DISTRICT JUDGE

Attorney for Plaintiff:
    Randi McGinn
    Kimberly Richards

Attorneys for Defendants:
    Marilyn Hutton
    Madeline Henley

